2014 VT 47

**In re William MaGILL, Esq.**

[98 A.3d 16]

No. 12-449

¶ 1. April 28, 2014. Respondent William MaGill has filed with the Court an affidavit of resignation supported by a statement of facts from disciplinary counsel. Respondent's resignation from the bar is accepted, and we order, pursuant to A.O. 9, Rule 19.C, that William MaGill is disbarred on consent from the office of attorney and counselor at law, effective from the date of this order. Respondent shall comply with the requirements of A.O. 9, Rule 23.